FILED
BILLINGS DIV.

2010 JUN 24 PM 1 05

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| TAMEE WARD and JOSH WARD, individually and on behalf of a Class of similarly situated individuals, <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>MORGAN DREXEN, INC. and JOHN DOES I AND L, <br><br>　　　　Defendants. | CV-09-164-BLG-RFC <br><br><br><br><br><br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

On May 26, 2010, United States Magistrate Judge Carolyn Ostby entered her Findings and Recommendation in this case. Magistrate Judge Ostby recommends this Court grant Defendant Morgan Drexen's Motion to Transfer this action to the Central District of California pursuant to 28 U.S.C. § 1404.

1

Upon service of a magistrate judge's findings and recommendation, a party has 14 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, no objections to the Magistrate's Findings and Recommendation having been filed by any party.

For the foregoing reasons, IT IS HEREBY ORDERED that Magistrate Judge Carolyn Ostby's Findings and Recommendation (Doc. # 48) is AFFIRMED in its entirety. Further, because this Court finds that the transfer of this case is appropriate, the Defendant Morgan Drexen's pending Motion to Dismiss and to Strike is more properly addressed by the transferor court.

IT IS FURTHER ORDERED that the Clerk of this Court is directed to transfer this case to the United States District Court for the Central District of California.

The Clerk of Court shall notify the parties of the making of this Order.

DATED the 24th day of June, 2010.

RICHARD F. CEBULL
CHIEF U.S. DISTRICT JUDGE